Dannis Woliver Kelley
750 B Street, Suite 2310
San Diego, CA 92101

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SIDES,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>TEMECULA VALLEY UNIFIED SCHOOL DISTRICT AND THE KEEGAN ACADEMY,<br><br>　　　Defendants. | Case No. 5:15-cv-00175-JAK-SP<br><br>**ORDER GRANTING STIPULATION DISMISSING CASE**<br><br>**JS-6** |
| THE KEEGAN ACADEMY,<br><br>　　　Cross-claimant/Counterdefendant,<br><br>　　v.<br><br>TEMECULA VALLEY UNIFIED SCHOOL DISTRICT,<br><br>　　　Cross-defendant/Counterclaimant. | |

Having considered the Stipulation to Dismiss ("Stipulation") filed by Cross-claimant and Counterdefendant The Keegan Academy ("Keegan") and Cross-defendant and Counterclaimant Temecula Valley Unified School District

1

("District"), and good cause appearing therefore, it is hereby ORDERED as follows:

1. The Stipulation is APPROVED;
2. Keegan's claims against the District are DISMISSED with prejudice;
3. The District's claims against Keegan are DISMISSED with prejudice;
4. All remaining dates are VACATED, and the case is CLOSED.

Dated: November 21, 2017   _____
JOHN A. KRONSTADT
United States District Judge

DANNIS WOLIVER KELLEY
750 B STREET, SUITE 2310
SAN DIEGO, CA 92101

DWK SF 881536v1